**BEDFORD OAK PARTNERS, LP, Plaintiff–Appellant,**

and

**Emanuel Schmalz; et al., Plaintiffs,**

v.

**ICN PHARMACEUTICALS INC.; et al., Defendants–Appellees,**

and

**PricewaterhouseCoopers LLP; et al., Defendants.**

**Bedford Oak Partners, LP,
Plaintiff–Appellant,**

and

**Emanuel Schmalz; et al., Plaintiffs,**

v.

**ICN Pharmaceuticals Inc.;
et al., Defendants,**

and

**PricewaterhouseCoopers LLP,
Defendant–Appellee.**

Nos. 04–56664, 04–56883.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 8, 2006.

Filed June 16, 2006.

Christopher L. Nelson, Esq., Schiffrin & Barroway LLP, Bala Cynwyd, PA, Robert S. Green, Esq., Green Welling, LLP, San Francisco, CA, for Plaintiff–Appellant.

Robert Scott Dreher, Esq., Dreher Law Firm, Darren J. Robbins, Esq., Lerach Coughlin Stoia Geller, Rudman & Robbins, LLP, Betsy C. Manifold, Esq., Wolf Haldenstein Adler Freeman & Herz, LLP, San Diego, CA, Richard Speirs, Zwerling, Schachter & Zwerling, LLP, Mel E. Lifshitz, Esq., Bernstein, Liebhard & Lifshitz, Arthur N. Abbey, Esq., Lionel Z. Glancy, Esq., Ira M. Press, Esq., Kirby, Mcinerney, Squire, LLP, Joseph J. Tabacco, Jr., Esq., Berman De Valerio Pease Tabacco Burt & Pucillo, San Francisco, CA, Lionel Z. Glancy, Esq., Glancy And Binkow LLP, Los Angeles, CA, Andrew Robert Jacobs, Esq., Epstein Fitzsimmons Brown Gioia Jacobs & Sprouls, Chatham Township, NJ, for Plaintiffs.

Eric S. Waxman, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Chanmaly

Kendie Schlecht, Gregory J. Mann, Esq., O'Donnell Shaeffer & Mortimer, LLP, Los Angeles, CA, for Defendants–Appellees.

Thad A. Davis, Esq., Quinn Emanuel Urquhart Oliver & Hedges, LLP, Los Angeles, CA, for Defendants.

Before: D.W. NELSON,
RAWLINSON, and BEA, Circuit Judges.

MEMORANDUM *

Appellants contend that the allegations at issue in its First Amended Complaint and Second Amended Complaint satisfy the stringent pleading requirements of the Private Securities Litigation Reform Act. We disagree. The allegations at issue lack the critical details necessary to establish falsity or raise a strong inference of scienter. *See In re Daou Sys., Inc., Sec. Litig.,* 411 F.3d 1006, 1014–15 (9th Cir.2005).

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.